UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6305

18 U.S.C. § 1014
18 U.S.C. § 2



CR-FERGUSON

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
                          )
           Plaintiff,     )
vs.                       )
                          )
DOUGLAS FAULKENBURY,      )
                          )
           Defendant.     )
_____)

**INFORMATION**

The United States Attorney charges that:

On or about December 23, 1998, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DOUGLAS FAULKENBURY,**

did knowingly and willfully overvalue land and property, for the purpose of influencing the action of PrimePlus Mortgage, a lender for Provident Bank, whose deposits are insured by the Federal Deposit Insurance Corporation, in connection with the issuance of a mortgage loan by preparing a false and fictitious appraisal that the defendant knew was false and overvalued the property located at 4101 NW 114th Terrace, Coral Springs, Florida, in



violation of Title 18, United States Code, Section 1014 and 2.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

2

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| DOUGLAS FAULKENBURY | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)    Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

___ Miami    ___ Key West
_X_ FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)  ___no___
   List language and/or dialect _____

4. This case will take  _0_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) ___
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ___no___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: ___00-6256-CR-ZLOCH___
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*signature*
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                                                REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name** DOUGLAS FAULKENBURY          **Case No.** _____

========================================    =============================================

Count #: 1

OVERVALUING PROPERTY IN LOAN APPLICATION

18 U.S.C. § 1014

**Max. Penalty:**    30 YEARS' IMPRISONMENT; $1,000,000 FINE

Count #:


**Max. Penalty:**

Count #.


**Max. Penalty:**

Count #:


**Max. Penalty:**

Count #:


**Max. Penalty:**


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

BOND RECOMMENDATION

DOUGLAS FAULKENBURY
**DEFENDANT**

$150,000 PSB (Surety, Recognizance, Corp. Surety, Cash)
                (Jail)(On Bond) (Warrant)(Summons)
                (Marshal's Custody)

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Fla Bar No. 100765

**Last Known Address:**
_____
_____
_____

**What Facility:**
_____

**Agent(s):**
   **KENT HUKILL  (FBI)**
            (FBI)(SECRET SERVICE)(DEA)(CUSTOMS)(ATF)