RECEIVED & FILED IN OPEN COURT
ON 10-24-00 AT
FTC FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

__SOUTHERN__    DISTRICT OF    __FLORIDA__

*UNITED STATES OF AMERICA*

v.

*DOUGLAS FAULKENBURY*

## WAIVER OF INDICTMENT

CASE NO.: 00-6305-cr.-Ferguson

I, DOUGLAS FAULKENBURY, the above named defendant, who is accused of overvaluing land and property in a loan application, for the purpose of influencing in any way the action of an institution, the accounts of which are insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 1014, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Oct. 24, 2000, prosecution by indictment and consent that the proceeding may be by information charging a violation of Title 18, United States Code, Section 1014.

*Defendant DOUGLAS FAULKENBURY*

*JACK GOLDBERGER, ESQUIRE*
Counsel for Defendant

*Before* _____ - 10/24/00
UNITED STATES MAGISTRATE JUDGE