DEFT: Douglas Faulkenbury (J)#       CASE NO: 00-6305-CR-Ferguson
AUSA: Kathleen Rice  *present*       ATTNY: Jack Goldberger *present*
AGENT: _____                   VIOL: _____
PROCEEDING: Initial Appearance on Information    BOND REC: 150,000 PSB
BOND HEARING HELD – yes/no    COUNSEL APPOINTED: ___
BOND SET @ $150,000 PSB
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt. to PTS as directed for in WPB ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms. — surrenders another by Friday
10) Curfew: ___
11) Travel extended to: SD/FL
12) ___ Halfway House
    ___ Electronic Monitoring

Reside at current address, no illegal drugs or Rx except alcohol

Δ - advised of charges
Δ - waives indictment

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:         TIME:         JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: ___

DATE: 10-24-00    TIME: 11:00am    TAPE # 00-080   PG # 7
180-2210