

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6305-CR-Ferguson

UNITED STATES OF AMERICA

vs

Douglas Faulkenbury

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 10-24-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: See Bond

Telephone:

DEFENSE COUNSEL:    Name: Jack Goldberger

Address:

Telephone:

BOND SET/CONTINUED: $ 150,000 PSB

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 24 day of October, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
     Deputy Clerk

Tape No. 00-080

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services