RECEIVED & FILED IN OPEN COURT
AT
10-24-00
ON _____ FLA
_____ Clerk
_____ District Court
_____ District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6305 cr-Fergu~~

UNITED STATES OF AMERICA,        :

v.                               :         **NOTICE OF PERMANENT**
                                           **APPEARANCE AS COUNSEL**
Douglas Faulkenberry           :            **OF RECORD**
                                           for trial purposes only
                                 :

COMES NOW __Jack Goldberg__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 10-24-00

Attorney __Jack Goldberg__
Address __250 Australian Ave S. Suite 1400__
City __W. Palm Beach__ State __Fl.__ Zip __33401__
Telephone __659-8300 (561)__
Florida Bar No. __262013__

The undersigned defendant(s) hereby consent to the representation of the above counsel.