UNITED STATES DISTRICT COURT
Southern District of Florida

OCT 2 4 2000

U.S. Marshal # 55517-004

UNITED STATES OF AMERICA )
              Plaintiff  )  Case Number: CR 00-6305-CR-WDF.
                         )  REPORT COMMENCING CRIMINAL
         -vs-            )  ACTION
                         )

DOUGLAS EUGENE FAULKENBURY
                Defendant

*******************************************************

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*******************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A". SELF SURR.

(1) Date and Time of Arrest: 10-24-00       am/pm

(2) Language Spoken:    ENGLISH

(3) Offense(s) Charged:    FRAUD

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 6-18-63

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District:    SD/FL.

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: USMS              (11) Phone: _____

(12) Comments: _____