IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6305-CR-FERGUSON

'00 OCT 30 P 3:16

UNITED STATES OF AMERICA

vs.

DOUGLAS FAULKENBURY,

Defendant.

______________________________/

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the undersigned has called up for hearing the following:

JUDGE: Wilkie D. Ferguson, Jr.
DATE: November 17, 2000
TIME: 9:30 a.m.
PLACE: United States District Courthouse, 299 E. Broward Blvd., Ft. Lauderdale, Florida, Room 207A
MATTER: Plea Conference

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing has been furnished by mail to Kathleen Rice, Assistant United States Attorney, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida and the Defendant this 27th day of October, 2000.

ATTERBURY, GOLDBERGER
and RICHARDSON, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401
(561) 659-8300

______________________________
JACK A. GOLDBERGER, ESQ.
Florida Bar No. 262013

In accordance with the Americans With Disabilities Act, persons in need of a special accommodation to participate in this proceeding, shall within a reasonable time prior to any proceeding contact the Administrative Office of the Court, 205 N. Dixie Highway, West Palm Beach, Florida 33401, telephone (561) 355-2431; 1-800-955-8771 (TDD); or 1-800-955-8771 (V), via Florida Relay Service.

