FILED BY _____ D.C

2001 JAN -8 PM 1:33

CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6305-CR-FERGUSON

UNITED STATES OF AMERICA

vs.

DOUGLAS FAULKENBURY,

Defendant.
_____/

### DEFENDANT'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, DOUGLAS FAULKENBURY, by and through his undersigned attorney and files his Objection to the Presentence Investigation Report as follows:

**A. Objection**

1. <u>Paragraph 32</u>. The Defendant objects to Paragraph 32 of the Presentence Investigation Report where the probation office determined the amount of loss in this case to be $608,444.91. The probation office determined the loss by taking the appraisals provided by the Government for the sixteen (16) properties in question and adjusting the value of these properties for those properties which have subsequently been sold, adding them together and comparing that amount to the outstanding mortgages on those properties.

2. It is the Defendant's position that the appraisals made by the Government and the probation office are too low. It is the Defendants position that an ISC Computer Analysis of the sixteen (16) properties in question places their total value at approximately $2,000,000.00



United States of America v. Douglas Faulkenbury
Defendant's Objection to Presentence Investigation Report

compared to the $1,531,000.00 figure the Government has provided.

WHEREFORE the Defendant moves this Honorable Court to enter an Order sustaining the Defendant's Objection.

Respectfully submitted,

ATTERBURY, GOLDBERGER
And RICHARDSON, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401
(561) 659-8300

_____
JACK A. GOLDBERGER, ESQ.
Florida Bar No. 262013

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail this 5th day of January, 2001 to: Sheila Parsons, United States Probation, 501 S. Flagler Drive, West Palm Beach, Florida 33401; Kathleen Rice, Assistant United States Attorney, 500 E. Broward Blvd., Site 700, Ft. Lauderdale, Florida 33304; and to the Defendant.

ATTERBURY, GOLDBERGER
And RICHARDSON, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401
(561) 659-8300

_____
JACK A. GOLDBERGER, ESQ.
Florida Bar No. 262013