FILED BY_____ D.C.

IN THE UNITED STATES DISTRICT COURT 2001 JAN 24  AM 9: 50
SOUTHERN DISTRICT OF FLORIDA

CLERK L.S. DIST. CT.
S.D. OF FLA-FTL

CASE NO. 00-6305-CR-FERGUSON

UNITED STATES OF AMERICA

vs.

DOUGLAS FAULKENBURY,

        Defendant.

_____ /

### JOINT MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, DOUGLAS FAULKENBURY, by and through his undersigned attorney and moves this Honorable Court to enter an Order continuing the Defendant's sentencing presently scheduled for January 26, 2001. In support thereof the Defendant would state as follows:

1.      As part of the Defendant's plea agreement, the Government reserved the right to file a 5K1 Motion on behalf of the Defendant.

2.      The Defendant is actively involved with F.B.I. Agent Hukell, the case agent in this case, and it is anticipated as a result of that cooperation, the Government will file a 5K1 Motion on the Defendant's behalf.

3.      Undersigned counsel has spoken with Assistant United States Attorney Kathleen Rice who joins in this request that this case be continued. It is expected that an additional sixty days will be needed so that the Defendant's cooperation may be completed.

WHEREFORE the Defendant moves this Honorable Court to enter an Order continuing

United States of America v. Douglas Faulkenbury
Joint Motion to Continue Sentencing
Page 2

the Defendant's case and rescheduling the sentencing no sooner than sixty days from the presently

scheduled date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S.

Mail this 23rd day of January, 2001 to: Sheila Parsons, United States Probation, 501 S. Flagler

Drive, West Palm Beach, Florida 33401; Kathleen Rice, Assistant United States Attorney, 500 E.

Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33304; and to the Defendant.

ATTERBURY, GOLDBERGER
And RICHARDSON, P.A.
250¹Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401
(561) 659-8300

_____
JACK A. GOLDBERGER, ESQ.
Florida Bar No. 262013