SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JAN 3 0 2001
CLARENCE MADDOX
CLE. U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6305-CR-WDF

DEFENDANT: Douglas Faulkenberry
JUDGE: WILKIE D. FERGUSON
Deputy Clerk: TROY T. WALKER
DATE: January 26, 2001
Court Reporter: Paul Haferling
USPO: D. Webb
AUSA: K. Rice
Deft's Counsel: Jack Goldberger

COUNTS DISMISSED: All Others
____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until ___/___/___ at _____ AM / PM

Right to appeal

### JUDGMENT AND SENTENCE

Imprisonment    Years ___    Months 5    Counts One

Supervised Release 5 yrs (see J&C for details) 5 months H.C.

Probation    Years ___    Months ___    Counts ___

Comments: _____

Assessment $ 100.00    Fine $ None
Restitution /Other $ 116,995.80

### CUSTODY
____ Remanded to the Custody of the U. S. Marshal Service    ____ Release on bond pending appeal
✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 3/30/01

Commitment Recommendation: _____

18