DEFENDANT: DOUGLAS FAULKENBURY, (J) 55517-004
CASE NUMBER: 0:00CR06305-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __5__ month(s).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____ .
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☒ before 2 p.m. on  03/30/2001 .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

Certified to be true and
correct copy of the document on file
Clarence ...

*[signature]*
1-30-01

## RETURN

I have executed this judgment as follows:

Defendant delivered on  3/30/01  to  FPC
at  Pensacola, FL , with a certified copy of this judgment.

FILED BY
APR - 6 2001

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal