IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
2002 DEC 12 PM 4:13

UNITED STATES OF AMERICA,
PLAINTIFF,

CASE NO. 00-6305-CR-FERGUSON

vs.
DOUGLAS FAULKENBURY,
DEFENDANT,

## SUGGESTION OF BANKRUPTCY

The Defendant(s), DOUGLAS FAULKENBURY, hereby notifies this Court that said Defendant(s) filed a Petition for Bankruptcy, in the United States District Court on  11-25-02 , a copy of said Petition is attached hereto.

Dated: 12-02-02     Signed _____
                            Defendant

_____
Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by first class, US Mail on 12-02-02 to the following parties:
UNITED STATES OF AMERICA
C/O KATHLEEN RICE, ESQ.
500 E. BROWARD BLVD. 7TH. FLOOR
FORT LAUDERDALE, FL 33394

_____
Defendant

(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Faulkenbury, Douglas E. | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>Faulkenbury, Erika S. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Douglas Faulkenbury | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Erika Faulkenbury |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>13395, 58 Court North<br>Royal Palm Beach, FL 33411 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>13395, 58 Court North<br>Royal Palm Beach, FL 33411 |
| County of Residence or of the<br>Principal Place of Business:    Palm Beach | County of Residence or of the<br>Principal Place of Business:    Palm Beach |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 02-36642 |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☑ Consumer/Non-Business    ☐ Business | ☑ Full Filing Fee Attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)      THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ | |
|---|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
|---|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☑ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
|---|---|---|---|---|---|---|---|---|

02 NOV 25 AM 9: 11